FILED
JUN 20 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R. GOMEZ, et al., ) <br> ) <br> Defendant. ) | Case No. CV 11-0304-VBF (MLG) <br><br> ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed with prejudice.

Dated: June 20, 2011

_____
Valerie Baker Fairbank
United States District Judge