FILED
JUN 20 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WILLIAM JOHN DAUGHTERY,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GOMEZ, et al.,<br><br>    Defendant. | Case No. CV 11-0304-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: June 20, 2011

_Valerie Baker Fairbank_
Valerie Baker Fairbank
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY